UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| RONALD B. STONE | ) | CASE NO. 06-33601 |
| _____ | ) | |
| | ) | |
| RONALD B. STONE | ) | |
| Debtor in Possession | ) | |
| | ) | |
| PLAINTIFF | ) | |
| v. | ) | |
| | ) | |
| BRUCE D. ATHERTON, ET AL | ) | ADVERSARY PROCEEDING |
| | ) | NO. 07-3579 |
| DEFENDANTS | ) | |
| _____ | ) | |

**DEFENDANTS', WALDMAN, RW AND SMF,
MOTION UNDER FRBP 7052 TO AMEND AND MAKE ADDITIONAL
FINDINGS OF FACT, AND UNDER FRBP 9023 TO ALTER AND
AMEND JUDGMENT, RELATING TO MEMORANDUM-OPINION, FINDINGS OF
FACT, CONCLUSIONS OF LAW AND JUDGMENT DATED OCTOBER 30, 2009**

Comes the Defendants, Randall S.Waldman (herein Waldman), RW, Ltd. Co. (herein RW) and Stone Machine & Fabrication, LLC (herein SMF), by counsel, and move the Court under Federal Rule of Bankruptcy Procedure (here FRBP) 7052 to amend and make additional findings of fact relating to its Memorandum-Opinion, Findings of Fact, Conclusions of Law and Judgment dated October 30, 2009 (herein collectively Judgment) and to alter or amend the Judgment under FRBP 9023.

During the trial of this action, Mr. Stone testified that he was not claiming that he was a partner with Waldman in RW, only that he was a 40% partner with Waldman in SMF. Based on Mr.

Stone's testimony, Waldman, RW and SMF request that the Court alter and amend its various Findings of Fact and Conclusions of Law in which it has found or concluded that Mr. Stone has prevailed in his burden of proof against RW under any Count of the Complaint; therefore, Stone should not be entitled to any judgment, either for compensatory or punitive damages, against RW.

Next, the Court has found and concluded that: "The course of conduct between the parties established a partnership between Stone and Waldman." (Memorandum-Opinion at 21). Having found and concluded that Stone and Waldman were partners relating to SMF and RW, the Defendants, Waldman, SMF and RW, request that the Court amend its Findings of Fact, Conclusions of Law and also to alter and amend its Judgment to include the requirement that Stone, as a partner, is jointly liable for all liabilities, debts and obligations of SMF (and RW if the Court does not alter and amend its Findings, Conclusions and Judgment to dismiss all of Stone's claims against RW) and any other partnership with Waldman to which the Judgment applies. KRS 362.220(1)(b).

Finally, the Defendant requests the Court to make additional Findings of Fact as to what evidence the Court found established that Waldman had disregarded the corporate form for RW, SMF and Integrity Manufacturing. (Memo-Opinion at 27).

An Order is tendered herewith.

/s/_____
J. BAXTER SCHILLING
1513 South Fourth St.
Louisville, KY 40208
(502) 636-2031
Attorney for Randall S. Waldman, RW
Ltd. Co., and Stone Machine & Fabrication

## CERTIFICATE

I hereby certify that on this 6th day of November, 2009, a copy of this document was served via either electronic or first class mail to Wm. Stephen Reisz, Suite 2450, 500 West Jefferson St., PNC Plaza, Louisville, KY 40202, John Matter, 26th floor Brown & Williamson Tower, Louisville, KY 40202 and Bruce D. Atherton, 455 South Fourth St., Suite 1450, Louisville, KY.

/s/_____
J. BAXTER SCHILLING