UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| RONALD B. STONE | ) | CASE NO. 06-33601 |
| | ) | |
| RONALD B. STONE | ) | |
| Debtor in Possession | ) | |
| | ) | |
| PLAINTIFF | ) | |
| v. | ) | |
| | ) | |
| BRUCE D. ATHERTON, ET AL | ) | ADVERSARY PROCEEDING |
| | ) | NO. 07-3579 |
| DEFENDANTS | ) | |

**AGREED MOTION SUBSTITUTING
COUNSEL FOR RANDALL S. WALDMAN, RW LTD., CO.,
AND STONE MACHINE & FABRICATION, LLC**

Comes J. Baxter Schilling and the law firm of Ruck Wilson Helline & Brockman and hereby jointly move the Court that the law firm of Ruck Wilson Helline & Brockman shall be substituted, effectively immediately, for J. Baxter Schilling as counsel of record in this Adversary Proceeding for the Defendants and Counter-Claimants, Randall Scott Waldman, RW Ltd., Co., and Stone Machine & Fabrication, LLC; therefore, J. Baxter Schilling shall be allowed to withdraw as counsel for Waldman, RW and SMF and have no further duties, obligations or responsibilities to any of those parties.

An Order is tendered herewith.

/s/_____
J. BAXTER SCHILLING
1513 South Fourth St.
Louisville, KY 40208
(502) 636-2031


/s/_____
John R. Wilson
RUCK WILSON HELLINE & BROCKMAN
6008 Brownsboro Road, Bldg. #A
Louisville, KY 40207
(502) 899-4725


**CERTIFICATE**

I hereby certify that on this 12th day of November, 2009, a copy of this document was served via either electronic or first class mail to Wm. Stephen Reisz, Suite 2450, 500 West Jefferson St., PNC Plaza, Louisville, KY 40202, John Matter, 26th Floor, Brown & Williamson Tower, Louisville, KY 40202, Bruce D. Atherton, 455 South Fourth St., Suite 1450, Louisville, KY, and to Randall S. Waldman, 18719 Weatherford Circle, Louisville, KY 40245.


/s/_____
J. BAXTER SCHILLING